Donald A. Lattin, Esq., NSB #693
Carolyn K. Renner, Esq., NSB #9164
MAUPIN, COX & LeGOY
P.O. Box 30,000
Reno, Nevada  89520
(775) 827-2000 - telephone
(775) 827-2185 - facsimile
dlattin@mcllawfirm.com
crenner@mcllawfirm.com
*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOHN ILIESCU, JR, and SONNIA ILIESCU, Trustees of The John Iliescu, Jr. and Sonnia Iliescu 1992 Family Trust Agreement, dated January 24, 1992,<br><br>Plaintiffs,<br><br>vs.<br><br>THE REGIONAL TRANSPORTATION COMMISSION OF WASHOE COUNTY, a special unit of the government; and DOES I through X, inclusive,<br><br>Defendants.<br>_____/ | CASE NO.    3:21-CV-000387<br><br>**STIPULATION AND ORDER REGARDING EXTENSION OF DEADLINE TO FILE CASE MANAGEMENT REPORT [FIRST REQUEST]** |

Plaintiffs JOHN ILIESCU, JR., and SONNIA ILIESCU, Trustees of The John Iliescu, Jr. and Sonnia Iliescu 1992 Family Trust Agreement, dated January 24, 1992 ("Plaintiffs" or "Iliescu") by and through their counsel of record, Donald L. Lattin, Esq. and Carolyn K. Renner, Esq. of Maupin, Cox & LeGoy, and Defendant, THE REGIONAL TRANSPORTATION COMMISSION OF WASHOE COUNTY, a special unit of the government ("RTC" or

1  "Defendant") by and through its counsel of record, Dane Anderson, Esq. of the WOODBURN
2  & WEDGE law firm stipulate and agree as follows:
3      1.  This is the first request for an extension of the deadline to file the Case
4          Management Report.
5      2.  The deadline to file the Case Management Report was January 4, 2022 pursuant
6          to ECF No. 11.
7      3.  Counsel for the parties had met and conferred on December 28, 2021, after which
8          counsel for Plaintiffs prepared the discovery plan and scheduling order pursuant
9          to LRII 26-1 and FRCP 26(f), which was filed by the deadline, January 4, 2022.
10         Plaintiff's counsel failed to incorporate the items specifically delineated in ECF
11         No. 11 for the Case Management Report.
12     4.  Upon notification by the Court of the receipt of the discovery plan and scheduling
13         order without the Case Management Report, this extension was requested.
14 ///
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///


4785 Caughlin Pkwy
Reno, Nevada 89519
(775) 827-2000
www.mcllawfirm.com

5. The parties shall file their Case Management Report by January 11, 2022.

DATED this 5th day of January, 2022.   DATED this 5th day of January, 2022.

WOODBURN & WEDGE            MAUPIN, COX & LEGOY

By: /s/ Dane Anderson                By: /s/ Donald A. Lattin
    Dane Anderson, Esq.              Donald A. Lattin, Esq.
    Nevada State Bar No. 6883        Nevada State Bar No. 693
    6100 Neil Road, Ste. 500         Carolyn K. Renner, Esq.
    Reno, Nevada 89511               Nevada State Bar No. 9164
    Tel.: (775) 688-3000             4785 Caughlin Parkway
    Fax: (775) 688-3088              Reno, Nevada 89519
    danderson@woodburnandwedge.com   Tel.: (775) 827-2000
    *Attorneys for Defendant* .      Fax: (775) 827-2185
                                   dlattin@mcllawfirm.com
                                      crenner@mcllawfirm.com
                                      *Attorneys for Plaintiffs*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: January 6, 2022


4785 Caughlin Pkwy
Reno, Nevada 89519
(775) 827-2000
www.mcllawfirm.com