**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOHN ILIESCU, JR., AND SONNIA ILIESCU, Trustees of The John Iliescu, Jr. and Sonnia Iliescu 1992 Family Trust Agreement dated January 24, 1992,<br><br>Plaintiffs,<br>v.<br><br>THE REGIONAL TRANSPORTATION COMMISSION OF WASHOE COUNTY, a special unit of the government; and DOES I through X, inclusive,<br><br>Defendants. | Case No.: 3:21-cv-00387-ART-CLB<br><br>**ORDER APPROVING**<br><br>**STIPULATION TO EXTEND DEFENDANT'S TIME TO REPLY TO PLAINTIFF'S OPPOSITION TO RTC'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>**[FIRST REQUEST]** |

Pursuant to Fed. R. Civ. P. ("FRCP") 6 and this Court's Local Rules ("LR") of Practice LR IA 6-1, Plaintiffs, JOHN ILIESCU, JR, and SONNIA ILIESCU, Trustees of The John Iliescu, Jr. and Sonnia Iliescu 1992 Family Trust Agreement, dated January 24, 1992, by and through their attorneys, Donald A. Lattin, Esq. and Carolyn K. Renner, Esq., of the MAUPIN, COX & LEGOY law firm and Defendant, THE REGIONAL TRANSPORTATION COMMISSION OF WASHOE COUNTY, by and through its attorney, Dane Anderson, Esq., of the WOODBURN & WEDGE law firm, stipulate, subject to this Court's approval, to extend the deadline by which Defendant must file its Reply to Plaintiff's

Opposition To RTC's Motion For Partial Summary Judgment [ECF No. 37]. In support of this Stipulation, the Parties state:

1. Defendant filed its Motion for Partial Summary Judgment [ECF No. 33] on August 12, 2022.

2. Plaintiffs filed their Opposition To RTC's Motion For Partial Summary Judgment [ECF No. 37] on September 16, 2022, pursuant to a stipulation [ECF No. 34] extending time for Plaintiffs to file their Opposition.

3. Defendant's deadline to file the Reply is September 23, 2022.

4. Defendant requested a one-week extension of time to file its Reply. This request was made in good faith and not for the purposes of delay, to accommodate the schedule of Defendant's counsel which was sick and had pre-planned travel.

5. Defendant shall have up to, and including September 30, 2022 to file its Reply.

6. Accordingly, the Parties agree that good cause exists to support this request for an extension of time within which Defendant may file its Reply to Plaintiff's Opposition To RTC's Motion For Partial Summary Judgment.

WHEREFORE, the parties respectfully request this Court approve this Stipulation.

Respectfully, submitted this 22nd day of September, 2022.

| | |
|---|---|
| /s/ Dane W. Anderson<br>Dane W. Anderson, Esq. (NV SBN 6883)<br>Jose A. Tafoya, Esq. (NV SBN 16011)<br>**WOODBURN AND WEDGE**<br>6100 Neil Road, Suite 500<br>Reno, Nevada 89511<br>danderson@woodburnandwedge.com<br>*Attorneys for Defendant* | /s/ Donald A. Lattin<br>Donald A. Lattin, Esq. (NV SBN 693)<br>Carolyn K. Renner, Esq. (NV SBN 9164)<br>**MAUPIN, COX & LEGOY**<br>4785 Caughlin Parkway<br>P.O. Box 30,000<br>Reno, NV 89519/89520 (P.O. Box)<br>dlattin@mcllawfirm.com<br>crenner@mcllawfirm.com<br>*Attorneys for Plaintiffs* |

**IT IS SO ORDERED.**

DATED: September 23, 2022

_____
Anne R. Traum
United States District Judge

-2-