1

2

3

4

5

6

7

8

9

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

10

11

12

JOHN ILIESCU, JR., AND SONNIA
ILIESCU, Trustees of The John Iliescu, Jr.
and Sonnia Iliescu 1992 Family Trust
Agreement dated January 24, 1992,

Case No.:  3:21-cv-00387-ART-CLB

13

Plaintiffs,

14

v.

15

16

17

THE REGIONAL TRANSPORTATION
COMMISSION OF WASHOE COUNTY, a
special unit of the government; and DOES I
through X, inclusive,

**ORDER GRANTING
STIPULATION ATO EXTEND
REBUTTAL EXPERT
DEADLINE AND DISCOVERY
DEADLINE**

18

Defendants.

19

20

21

22

The parties, by and through their undersigned counsel of record, hereby stipulate and agree to extend the time to make rebuttal expert witness disclosures from January 9, 2023 to January 23, 2023 and the discovery deadline from February 8, 2023 to May 9, 2023.

23

24

25

26

27

28

Therefore, pursuant to LR 26-4, the parties advise the Court: (a) the parties have made document disclosures and RTC has served written discovery to which Plaintiffs have responded and the parties timely made initial expert disclosures; (b) the remaining discovery to be completed are rebuttal experts, party depositions, possible expert witness depositions and perhaps follow up written discovery; (3) the parties seek a two-week extension of the rebuttal expert deadline as well as a three-month extension of the

discovery deadline due to the intervening holidays, the burden of other cases (including two jury trials for RTC's counsel during February 2023; (4) the deadline for rebuttal expert disclosures will be January 23, 2023, and the deadline to complete remaining discovery will be May 9, 2023.

Good cause exists for this joint request.  The parties have exchanged initial expert disclosures on December 4, 2022 and, due to holidays and work burdens during that time, have been unable to arrange for rebuttal reports in time for the January 9 deadline.  The parties seek only a two-week extension of that deadline.  Counsel for the parties makes this request for an extension of the rebuttal expert and discovery deadlines in good faith to potentially avoid unnecessary expenses and not for purposes of delay.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1    The undersigned do hereby affirm that the preceding document does not contain the

2  personal information of any person.

3  DATED: January 9, 2023                **MAUPIN, COX & LEGOY**

4
5              By:    /s/ Donald Lattin_____
                      Donald Lattin, Esq.
6                     Nevada Bar No.693
                      Carolyn Renner, Esq.
7                     Nevada Bar No. 9164
                      4785 Caughlin Parkway
8                     Reno, Nevada  89520
                      Tel: 775-827-2000
9                     dlattin@mcllawfirm.com
                      crenner@mcllawfirm.com
10

11                    *Attorneys for Plaintiffs John Iliescu, Jr.*
                      *and Sonnia Iliescu, Trustees of the*
12                    *John Iliescu, Jr and Sonnia Iliescu 1992*
                      *Family Trust and individually*

13

14  DATED: January 9, 2023                **WOODBURN AND WEDGE**

15             By:    /s/ Dane W. Anderson_____
16                    Dane W. Anderson, Esq.
                      Nevada Bar No. 6883
17                    6100 Neil Road, Suite 500
                      Reno, Nevada 89511
18                    Telephone:  775-688-3000
                      danderson@woodburnandwedge.com
19
                      *Attorneys for Defendant*
20                    *The Regional Transportation Commission of*
                      *Washoe County*
21

22
                      IT IS SO ORDERED.
23

24                    _____
25                    U.S. MAGISTRATE JUDGE

26                    Dated:_____January 10_____, 2023.

27

28