Dane W. Anderson, Esq.
Nevada Bar No. 6883
**WOODBURN AND WEDGE**
6100 Neil Road, Suite 500
Reno, Nevada 89511
Telephone:  775-688-3000
Facsimile:   775-688-3088
danderson@woodburnandwedge.com
jtafoya@woodburnandwedge.com

*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOHN ILIESCU, JR., AND SONNIA ILIESCU, Trustees of The John Iliescu, Jr. and Sonnia Iliescu 1992 Family Trust Agreement dated January 24, 1992,<br><br>Plaintiffs,<br><br>v.<br><br>THE REGIONAL TRANSPORTATION COMMISSION OF WASHOE COUNTY, a special unit of the government; and DOES I through X, inclusive,<br><br>Defendants. | Case No.:  3:21-cv-00387-ART-CLB<br><br>**RTC'S PRETRIAL DISCLOSURES PURSUANT TO FRCP 26(a)(3)** |

Defendant, The Regional Transportation Commission of Washoe County ("RTC"), by and through its attorneys, Woodburn and Wedge, discloses the following documents and witnesses known to defendant as of this date pursuant to FRCP 26.

**A.    LIST OF WITNESSES PURSUANT TO FRCP 26(a)(3)(A):**

      **1.    Witnesses RTC expects to present:**

           a.    Jeffrey Wilbrecht
                c/o Woodburn and Wedge
                6100 Neil Road, #500
                Reno, Nevada 89511

/ / /

/ / /

/ / /

**2.     Witnesses RTC may call if the need arises:**

    a.     Scott Griffin
         6121 Lakeside Drive, Suite 160
         Reno, Nevada 89511

**3.     Witnesses whose testimony is expected to be presented by means of deposition:** None at this time.

**B.     LIST OF DOCUMENTS PURSUANT TO FRCP 26(a)(3)(C):**

**1.     Documents RTC expects to offer:**

    a.     Photographs designated as RTC 00000 – 000006

    b.     Photograph designated as Iliescu000449

**2.     Documents RTC may offer if the need arises:**

    a.     Correspondence designated as RTC 000015 - 000018

DATED: July 10, 2023

WOODBURN AND WEDGE

By____/s/ Dane W. Anderson_____
       Dane W. Anderson, Esq.
       Nevada Bar No. 6883
       *Attorneys for Plaintiff*
       *The Regional Transportation*
       *Commission of Washoe County*

1

2

## <u>CERTIFICATE OF SERVICE</u>

3       I certify that I am an employee of WOODBURN AND WEDGE and that on this

4  date, pursuant to FRCP 5(b), I am serving a true and correct copy of the document

5  titled **RTC'S PRETRIAL DISCLOSURES** on the parties set forth below Email to:

6

7                          Donald Lattin, Esq.
                        Carolyn Renner, Esq.
8                      MAUPIN, COX & LEGOY
                      4785 Caughlin Parkway
9                        Reno, Nevada 89519
                     dlattin@mcllawfirm.com
10                   crenner@mcllawfirm.com

11                      *Attorneys for Plaintiffs*

12

13       DATED: July 10, 2023.

14                                /s/ Jennifer Heston
                               _____
15                             Employee of Woodburn and Wedge

16

17

18

19

20

21

22

23

24

25

26

27

28