UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOHN ILIESCU, JR., AND SONNIA ILIESCU, Trustees of The John Iliescu, Jr. and Sonnia Iliescu 1992 Family Trust Agreement dated January 24, 1992,<br><br>Plaintiffs,<br>v.<br><br>THE REGIONAL TRANSPORTATION COMMISSION OF WASHOE COUNTY, a special unit of the government; and DOES I through X, inclusive,<br><br>Defendants. | Case No.: 3:21-cv-00387-ART-CLB<br><br>**ORDER APPROVING STIPULATION TO EXTEND DEADLINE TO FILE JOINT PRETRIAL ORDER** |

The parties, by and through their undersigned counsel of record, hereby stipulate and agree to extend the deadline to file the Joint Pretrial Order from July 10, 2023, to July 17, 2023. This is the first request for an extension of the deadline to file the joint pretrial order independent of any other extensions discovery related deadlines. The parties jointly make this request in good faith for the following reasons. On June 13, 2013, the Court entered its Order Granting Defendant's Motion For Summary Judgment [Document 52], which resolved a significant issue in this case and changed the landscape for the parties approach to trial. Further, at the time that order was entered, RTC's counsel had just departed for an extended overseas family vacation during which remote access to work was limited. Although RTC's counsel returned from vacation approximately one week

ago, the parties have been unable to discuss trial dates and other matters required for the Joint Pretrial Order. Further, in light of the Court's ruling, the parties are attempting to engage in discussions that may resolve the case without the need for trial. Therefore, the parties jointly request an additional seven (7) days to **July 17, 2023**, in which to file their Joint Pretrial Order.

DATED: July 10, 2023

                        **MAUPIN, COX & LEGOY**

                        By:    /s/ Donald Lattin
                               Donald Lattin, Esq.
                               Nevada Bar No.693
                               Carolyn Renner, Esq.
                               Nevada Bar No. 9164
                               4785 Caughlin Parkway
                               Reno, Nevada  89520
                               Tel: 775-827-2000
                               dlattin@mcllawfirm.com
                               crenner@mcllawfirm.com

                               *Attorneys for Plaintiffs John Iliescu, Jr.*
                               *and Sonnia Iliescu, Trustees of the*
                               *John Iliescu, Jr and Sonnia Iliescu 1992*
                               *Family Trust and individually*

DATED: July 10, 2023             **WOODBURN AND WEDGE**

                        By:    /s/ Dane W. Anderson
                               Dane W. Anderson, Esq.
                               Nevada Bar No. 6883
                               6100 Neil Road, Suite 500
                               Reno, Nevada 89511
                               Telephone:  775-688-3000
                               danderson@woodburnandwedge.com

                               *Attorneys for Defendant*
                               *The Regional Transportation Commission of*
                               *Washoe County*

                        IT IS SO ORDERED.

                        _____
                        Anne R. Traum
                        United States District Court Judge

                        Dated:  July 11, 2023.