Dane W. Anderson, Esq.
Nevada Bar No. 6883
**WOODBURN AND WEDGE**
6100 Neil Road, Suite 500
Reno, Nevada 89511
Telephone: 775-688-3000
Facsimile: 775-688-3088
danderson@woodburnandwedge.com
jtafoya@woodburnandwedge.com

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOHN ILIESCU, JR., AND SONNIA ILIESCU, Trustees of The John Iliescu, Jr. and Sonnia Iliescu 1992 Family Trust Agreement dated January 24, 1992,<br><br>Plaintiffs,<br>v.<br>THE REGIONAL TRANSPORTATION COMMISSION OF WASHOE COUNTY, a special unit of the government; and DOES I through X, inclusive,<br><br>Defendants. | Case No.: 3:21-cv-00387-ART-CLB<br><br>**RTC'S OBJECTIONS TO ILIESCUS' PRETRIAL DISCLOSURES PURSUANT TO FRCP 26(a)(3)** |

Pursuant to Fed. R. Civ. P. 26(a)(3), RTC objects to Iliescus' Pretrial Disclosures filed on July 10, 2023 as follows:

**I.    GENERAL OBJECTION**

On June 13, 2023, this Court entered its Order Granting Defendant's Motion For Summary Judgment [Document 52], granting RTC summary judgment on Iliescus' first and second claims relating to the elimination of a driveway between Iliescus' property and South Virginia Street. Iliescus' remaining claims all involve their assertion that RTC wrongfully constructed a drain on their property and have nothing to do with the elimination of the driveway access. However, based on Iliescus's Pretrial Disclosures, it appears as if they intend to offer witnesses and evidence related to the driveway issue despite the fact that those claims

have already been resolved in RTC's favor. RTC objects to those witnesses and documents as irrelevant and on the basis that any probative value is outweighed by the danger of unfair prejudice, confusing the issues, misleading the jury, undue delay, wasting time, or needlessly presenting cumulative evidence.  RTC incorporates these objections as to all witnesses listed below and as to documents listed below with the objection "Relevance, Probative Value Outweighed."  Additional objections particular to each are also set forth below.

**II.   WITNESSES**

RTC objects to the following witnesses:

(1)   Anthony Wren: Hearsay, foundation

(2)   Steve N. Bell:  Hearsay, foundation

(3)   Mayor Hillary Schieve:  Hearsay, foundation

(4)   Pamela Samms:  Hearsay, foundation

(5)   PMK, Paragon Engineering: Hearsay, foundation

**III.   DOCUMENTS**

| DESCRIPTION | BATES LABEL DESIGNATIONS | OBJECTION |
|---|---|---|
| Appraisal of APN 014-063-07, Dated March 23, 2020, Prepared by Anthony J. Wren, MAI, SRA and Mr. Wren's CV | ILIESCU0000001-ILLIESCU000114 | Relevance, Probative Value Outweighed, Hearsay |
| Appraisal of APN 014-063-11, Dated March 23, 2020, Prepared by Anthony J. Wren, MAI, SRA and Mr. Wren's CV | ILLIESCU000115-ILIESCU000212 | Relevance, Probative Value Outweighed, Hearsay |
| Appraisal of APN 014-063-07, Dated October 19, 2020, Prepared by Anthony J. Wren, MAI, SRA and Mr. Wren's CV | ILIESCU000213-ILIESCU000332 | Relevance, Probative Value Outweighed, Hearsay |
| Appraisal of APN 014-063-11, Dated October 19, 2020, Prepared by Anthony J. Wren, MAI, SRA and Mr. Wren's CV | ILIESCU000333-ILIESCU000437 | Relevance, Probative Value Outweighed, Hearsay |
| Assessor's Map Number 014-06, Created by TWT 10/14/203 | ILIESCU000438 | Relevance, Probative Value Outweighed, Hearsay |

///

| # | Description | Bates | Objection |
|---|---|---|---|
| 1 | Access Aerial View | ILIESCU000439 | Relevance, Probative Value Outweighed |
| 2 | Photos of Subject Property | ILIESCU000440-ILIESCU000447 | Relevance, Probative Value Outweighed |
| 3 | Photos, Standing Water at Drain | ILIESCU000448-ILIESCU000449 | |
| 4 | Johnson Group Broker Price Option for 999 S. Virginia Street and 961 S. Virginia Street, Prepared by Richard K. Johnson, Broker/Owner, on June 15, 2019, and Mr. Johnson's CV | ILIESCU000450-ILIESCU000469 | Relevance, Probative Value Outweighed, Hearsay |
| 5 | A Review of an Appraisal Prepared by Scott Q. Griffin, MAI, with a Date-of-Value as of October 31, 2018, for a Permanent Easement and Two Temporary Construction Easements, Located at 961 & 999 South Virginia Street, Reno, Washoe County, Nevada, APN 014-063-07 & 11, Prepared by William G. Kimmel, Certified General Appraiser, and Mr. Kimmel's CV | ILIESCU000470-ILIESCU000480 | Relevance, Probative Value Outweighed |
| 6 | Interlocal Cooperative Agreement Approving RTC Program of Projects, Dated May 24, 2016 | ILIESCU000481-ILIESCU000488 | |
| 7 | An Appraisal of a Permanent Easement and Two Temporary Construction Easements, Located at 961 & 999 South Virginia Street, Reno, Nevada (Washoe County A.P.N's 014-063-07 &11), Prepared for Woodburn and Wedge, Re: Virginia Street Bus Rapid Transit Extension Project, RTC Project No. 211003, as of April 8, 2019 | ILIESCU000489-ILIESCU000621 | Relevance, Probative Value Outweighed |
| 8 | Proposed Permanent Easement Legal Description, APN: 014-063-11 and 014-063-07 | ILIESCU000622-ILIESCU000629 | Relevance, Probative Value Outweighed |
| 9 | RTC Resolution of Condemnation, Approved February 15, 2019 | ILIESCU000630-ILIESCU000643 | |
| 10 | RTC Notice of Public Meeting – RTC Board Meeting, Dated January 22, 2019 | ILIESCU000644 | |
| 11 | Demonstrative Photo of Subject Property (View from Across Virginia St.) | ILIESCU000645 | Relevance, Probative Value Outweighed |
| 12 | Demonstrative Photo of Subject Property, View from Top of Roundabout on Virginia St. | ILIESCU000646 | Relevance, Probative Value Outweighed |
| 13 | Photo of Subject Property (Prior to Construction) | ILIESCU000647 | Relevance, Probative Value Outweighed |

| | | | |
|---|---|---|---|
| 1 | Photo of Subject Property (Alleyway Access) | ILIESCU000648 | Relevance, Probative Value Outweighed |
| 2 | Photo of Subject Property (Alleyway Access, Aerial View) | ILIESCU000649 | Relevance, Probative Value Outweighed |
| 3 | Photo of Subject Property (Aerial View) | ILIESCU000650 | Relevance, Probative Value Outweighed |
| 4 | Photo of Subject Property (Pre-Construction) | ILIESCU000651 | Relevance, Probative Value Outweighed |
| 5 | Photo of Subject Property (Bus in Roundabout) | ILIESCU000652 | Relevance, Probative Value Outweighed |
| 6 | Photo of Subject Property (Drain) | ILIESCU000653 | |
| 7 | Photo of Subject Property (Original Driveway) | ILIESCU000654 | Relevance, Probative Value Outweighed |
| 8 | Photo of Subject Property (Original Street Ingress-Egress) | ILIESCU000655 | Relevance, Probative Value Outweighed |
| 9 | Photo of Subject Property (Post-Construction) | ILIESCU000656 | Relevance, Probative Value Outweighed |
| 10 | Photo of Subject Property (Post-Construction Alleyway View) | ILIESCU000657 | Relevance, Probative Value Outweighed |
| 11 | Photo of Subject Property (Post-Construction Virginia Street View) | ILIESCU000658 | Relevance, Probative Value Outweighed |
| 12 | Photo of Subject Property (Post-Construction Depressed Area) | ILIESCU000659 | Relevance, Probative Value Outweighed |
| 13 | Photo of Subject Property (Virginia Street Median) | ILIESCU000660 | Relevance, Probative Value Outweighed |
| 14 | Photo of Wells Avenue Roundabout (Aerial View) | ILIESCU000661 | Relevance, Probative Value Outweighed |
| 15 | Photo of Wells Avenue Roundabout (Aerial View) | ILIESCU000662 | Relevance, Probative Value Outweighed |
| 16 | Photo of Wells Avenue Roundabout (Street View, Ingress/Egress Driveway) | ILIESCU000663 | Relevance, Probative Value Outweighed |
| 17 | Photo of Wells Avenue Roundabout (Aerial View, Private Access) | ILIESCU000664 | Relevance, Probative Value |

| | | |
|---|---|---|
| | | Outweighed |
| Photo of Wells Avenue Roundabout (Aerial View, Private Access, Limited Parking) | ILIESCU000665 | Relevance, Probative Value Outweighed |
| 955 S. Virginia Street Sales Information | ILIESCU000666 | Relevance, Probative Value Outweighed; Hearsay |
| Email Dated October 30, 2018 from Sonnia Iliescu to Sarah Fye, MBA, Appraiser Interim, Johnson Perkins Griffin, LLC, Re: 961 & 999 South Virginia Street | ILIESCU000667- ILIESCU000668 | Relevance, Probative Value Outweighed |
| Letter Dated December 4, 2018 to John Jr. & Sonnia Iliescu Family Trust from Pamela Samms, Paragon Partners, Ltd., Re: Letter Presenting Written Offer, Virginia Street BRT Extension Project | ILIESCU000669 | Relevance, Probative Value Outweighed |
| Email Dated January 16, 2019 to Sonnia Iliescu from Lee Pemberton, Paragon Partners, Ltd., Re: Virginia Street Bus Rapid Transit Project | ILIESCU000670 | Relevance, Probative Value Outweighed |
| Email, n.d., to Pamela Samms from Lee Pemberton, Paragon Partners, Ltd., Re: Virginia Street BRT Extension Project | ILIESCU000671- ILIESCU000672 | Relevance, Probative Value Outweighed |
| Letter Dated September 24, 202 to Dr. John Iliescu, Jr., and Sonnia Iliescu from Agenisz Samadhi, Nevada Title & Payday Loans Service, Inc., Re: 961 South Virginia Street | ILIESCU000673 | Relevance, Probative Value Outweighed, Hearsay |
| Letter Dated January 28, 2021 to Dr. John Iliescu, Jr., and Sonnia Iliescu from Agenisz Samadhi, Nevada Title & Payday Loans Service, Inc., Re: 961 South Virginia Street | ILIESCU000674 | Relevance, Probative Value Outweighed, Hearsay |
| Letter Dated December 13, 2021 to Dr. John Iliescu, Jr., and Sonnia Iliescu from Natalie Hill, Nevada Title & Payday Loans Service, Inc., Re: Non-Renewal Notice, for Property Located at 961 South Virginia Street | ILIESCU000675 | Relevance, Probative Value Outweighed, Hearsay |
| Letter Dated December 30, 2021 to Natalie Hill, Nevada Title & Payday Loans Service, Inc., Re: Final Termination of Lease – 961 S. Virginia Street | ILIESCU000676 | Relevance, Probative Value Outweighed, Hearsay |
| Lease Extension Dated January 21, 2022, Between John Iliescu, Jr. and Sonnia Iliescu, and Nevada Title & Payday Loans Service, Inc., Re: 961 South Virginia Street | ILIESCU000677- ILIESCU 000678 | Relevance, Probative Value Outweighed, Hearsay |
| Letter Dated July 2, 2018 to John, Jr. and Sonnia Iliescu Family Trust from RTC, Re: Notice to Owner, Virginia Street BRT Extension Project | ILIESCU000679 | Relevance, Probative Value Outweighed |

Woodburn and Wedge
6100 Neil Road, Suite 500
Reno, NV 89511
775-688-3000

| | | |
|---|---|---|
| Letter Dated January 22, 2019 to John, Jr. and Sonnia Iliescu Family Trust from RTC, Re: Notice Letter Pursuant to NRS 241.034 | ILIESCU000680 | |
| Interlocal Cooperative Agreement Approving RTC Program of Projects, Dated May 24, 2016 | ILIESCU000681-000688 | |
| Offering Memorandum, Re: 1064 S. Virginia, Dated December 17, 2020 | ILIESCU000689-ILIESCU000693 | Relevance, Probative Value Outweighed |
| Lease Between John Iliescu, Jr., and Sonnia Iliescu, Trustees of the Iliescu Family Trust, Trustees of the Iliescu Family Trust and Cash Loans of America, Inc., dba Nevada Title Loan, Dated December 1, 1995 | ILIESCU000740-ILIESCU000757 | Relevance, Probative Value Outweighed, Hearsay |
| Email from Dane Anderson, Esq. to Dr. Iliescu and Sonnia Iliescu, Dated June 11, 2019 | ILIESCU000758 | Relevance, Probative Value Outweighed |
| Site Survey of 969 S. Virginia Street, APN 14-063-07, Dated July 26, 2022, Prepared by Steven N. Bell, Bell Land Surveying | ILIESCU000759 | Relevance, Probative Value Outweighed, Hearsay |
| Photo of Subject Property (Alleyway Access and Roundabout Exit Traffic, Aerial View) | ILIESCU000760 | Relevance, Probative Value Outweighed |
| Survey narrative, Project: 999 South Virginia Street, Reno, NV, APN 14 – 063 – 07, 6,451 Square Feet, Assessed Owner: The John and Sonnia Iliescu 1992 Family Trust, Bell Land Surveying, Dated November 16, 2022 | ILIESCU000761 | Relevance, Probative Value Outweighed, Hearsay |
| Steve N. Bell, PLS Resume | ILIESCU000762 | Relevance, Probative Value Outweighed |

DATED: July 17, 2023

WOODBURN AND WEDGE

By  /s/ Dane W. Anderson
Dane W. Anderson, Esq.
Nevada Bar No. 6883
*Attorneys for Plaintiff*
*The Regional Transportation*
*Commission of Washoe County*

# CERTIFICATE OF SERVICE

I certify that I am an employee of WOODBURN AND WEDGE and that on this date, pursuant to FRCP 5(b), I am serving a true and correct copy of the document titled **RTC'S OBJECTIONS TO ILIESCUS' PRETRIAL DISCLOSURES PURSUANT TO FRCP 26(a)(3)** on the parties set forth below via email to:

>Donald Lattin, Esq.
>Carolyn Renner, Esq.
>MAUPIN, COX & LEGOY
>4785 Caughlin Parkway
>Reno, Nevada 89519
>dlattin@mcllawfirm.com
>crenner@mcllawfirm.com

*Attorneys for Plaintiffs*

DATED: July 17, 2023.

/s/ Jennifer Heston
Employee of Woodburn and Wedge