Dane W. Anderson, Esq.
Nevada Bar No. 6883
**WOODBURN AND WEDGE**
6100 Neil Road, Suite 500
Reno, Nevada 89511
Telephone: 775-688-3000
Facsimile: 775-688-3088
danderson@woodburnandwedge.com
jtafoya@woodburnandwedge.com

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOHN ILIESCU, JR., AND SONNIA ILIESCU, Trustees of The John Iliescu, Jr. and Sonnia Iliescu 1992 Family Trust Agreement dated January 24, 1992,<br><br>Plaintiffs,<br>v.<br><br>THE REGIONAL TRANSPORTATION COMMISSION OF WASHOE COUNTY, a special unit of the government; and DOES I through X, inclusive,<br><br>Defendants. | Case No.: 3:21-cv-00387-ART-CLB<br><br>**ORDER APPROVING STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED, by and between plaintiffs John Iliescu, Jr. and Sonnia Iliescu, Trustees of The John Iliescu, Jr. and Sonnia Iliescu 1992 Family Trust Agreement dated January 24, 1992, and defendant the Regional Transportation Commission of Washoe County, both parties acting through counsel, that the within action be dismissed with prejudice and that each party assume and pay his, her or its own attorneys' fees and costs.

///

///

///

No trial date has been scheduled by this Court.

DATED: August 22, 2023

**MAUPIN, COX & LEGOY**

By: /s/ Donald Lattin
Donald Lattin, Esq.
Nevada Bar No.693
Carolyn Renner, Esq.
Nevada Bar No. 9164
4785 Caughlin Parkway
Reno, Nevada 89520
Tel: 775-827-2000
dlattin@mcllawfirm.com
crenner@mcllawfirm.com

*Attorneys for Plaintiffs John Iliescu, Jr. and Sonnia Iliescu, Trustees of the John Iliescu, Jr and Sonnia Iliescu 1992 Family Trust and individually*

DATED: August 22, 2023

**WOODBURN AND WEDGE**

By: /s/ Dane W. Anderson
Dane W. Anderson, Esq.
Nevada Bar No. 6883
6100 Neil Road, Suite 500
Reno, Nevada 89511
Telephone: 775-688-3000
danderson@woodburnandwedge.com

*Attorneys for Defendant The Regional Transportation Commission of Washoe County*

**IT IS SO ORDERED**.

_____
U.S. DISTRICT JUDGE

Dated: August 22, 2023.